IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                 February 8, 2013

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Plaintiff

vs                                                          CIVIL 11-1964CCC

AT&T
Defendant

      Having considered plaintiff U.S. Equal Employment Opportunity Commission's Motion to Compel Discovery (**docket entry 30**) filed on July 11, 2012 and the opposition (docket entry 37) filed by defendant AT&T on August 10, 2012, said motion to compel is GRANTED. Accordingly, defendant AT&T shall answer interrogatories 1-3, 1-4, 1-5 and 1-6 of EEOC's First Set of Interrogatories and First Request for Production of Documents and, also, shall allow EEOC's experts in information technology to inspect and test, as set forth in EEOC's Second Request for Production for Inspection and Testing, the accessibility functionality of the computer programs and applications related to the Job Access with Speech (JAWS) screen reader computer software from 2008 until the filing of the motion to compel on July 11, 2012.

      Defendant's Motion for Leave to File Memorandum Opposing Motion to Compel and for Summary Judgment filed on July 24, 2012 (**docket entry 31**) is NOTED.

                                                             S/María Luz Díaz, Judicial Assistant